DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOBIE J. MAGEE,**
Appellant,

v.

**SEMINOLE TRIBE CLASSIC CASINO** and
**SEMINOLE TRIBE OF FLORIDA,**
Appellees.

No. 4D17-2139

[September 6, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE17-002052 (05).

Tobie J. Magee, Hollywood, pro se.

Mark D. Schellhase of GrayRobinson, P.A., Boca Raton, and Alissa M. Ellison of GrayRobinson, P.A., Tampa, for appellees.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

DAMOORGIAN, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***